# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

By ECF

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

March 25, 2024

Re: *GE Renewables North America, LLC v. SKF USA, Inc.*, 23 Civ. 9274 (PKC)

Dear Judge Castel,

We represent Plaintiff GE Renewables North America, LLC ("GERNA") in the above-referenced action. The Court has scheduled an initial pretrial conference for April 1, 2024. Pursuant to the Court's Order dated October 24, 2023, counsel for Plaintiff is required to email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to chambers five business days before the conference.

The parties remain in discussions with respect to the Case Management Plan & Scheduling Order and jointly request a short adjournment of this deadline. No previous request for adjournment of this deadline has been made. [The parties expect to be able to submit a proposed Case Management Plan & Scheduling Order, with any disputed items noted, by Wednesday, March 27, 2024.]

Respectfully submitted,

s/ Jeff E. Butler

Jeff E. Butler

Approved
SO ORDERED
[signature] Castel, USDJ
3-26-24

cc:   All counsel of record (via ECF),