# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

April 8, 2024

**Re:** *GE Renewables North America, LLC v. SKF USA, Inc.*, 23 Civ. 9274 (PKC)

Dear Judge Castel,

We represent Plaintiff GE Renewables North America, LLC in the above-referenced action. The Court has referred the parties for an early and expedited mediation scheduled for May 7, 2024 at 10:00 a.m. Pursuant to the Court's April 1, 2024 Minute Entry, the parties jointly submit this letter to inform the Court that they do not wish to retain a private mediator at this time. The parties will proceed with the Court-annexed Mediation Program.

Respectfully submitted,

*s/ Jeff E. Butler*

Jeff E. Butler

cc: All counsel of record (via ECF),