

| | | |
|---|---|---|
| NEW YORK | *FIRM and AFFILIATE OFFICES* | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | C. NEIL GRAY | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1061 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 409 8876 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* CNGray@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

June 28, 2024

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *GE Renewables North America, LLC v. SKF USA Inc.*,
               No. 23 Civ. 9274 (PKC)

Dear Judge Castel:

      This firm represents Defendant SKF USA Inc. ("SKF") in the above-referenced case. We write pursuant to Your Honor's Individual Practice Rule 3(F) to respectfully request oral argument be held on SKF's Motion to Dismiss the Amended Complaint, or, in the Alternative, to Transfer Venue or Compel Arbitration (ECF No. 36).

                                                        Very truly yours,

                                                        */s/ C. Neil Gray*

                                                        C. Neil Gray

cc:     All Counsel of Record (*Via ECF*)